UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: FREDRICK SHAPLEY  : CHAPTER 13

    DEBTOR  : BANKRUPTCY NO 17-12328

_____

PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM # 7
OF DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF UC BENEFITS

Kindly withdraw the debtor's, Objection to Proof of Claim # 7 of Department of Labor and Industry, Office of UC Benefits)

BY:

/s/ David J. Averett
_____
DAVID J. AVERETT, ESQUIRE
ATTORNEY FOR DEBTOR
#43760