United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frederick J. Shapley  
    Debtor

Case No. 17-12328-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 01, 2018  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db     +Frederick J. Shapley,    2204 Hoffnagle Street,    Philadelphia, PA 19152-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
       DAVID J. AVERETT    on behalf of Debtor Frederick J. Shapley averettlaw@comcast.net
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frederick Shapley        :        Chapter 13

                                :        Case No. 17-12328

ORDER

And Now, this         day of              , 2017, upon consideration of the Application of David J. Averett, Esquire, attorney for Debtor, under § 330 of the Bankruptcy Code, for an award of compensation and reimbursement of actual, necessary expenses, the application is hereby approved by the Court. The debtor has previously paid David J. Averett, Esquire costs in the amount of $ 310.00 and fees in the amount of $ 890.00 for a total of $ 1,200.00. David J. Averett, Esquire shall receive additional fees in the amount of $ 1,400.00 from funds paid by debtor to the Chapter 13 Trustee through the Chapter 13 Plan. The total approved for reimbursement of actual, necessary expenses and costs is $ 310.00 and the total approved for attorney's fees is $ 2,290.00.

BY THE COURT

_____
J.

**Date: March 1, 2018**