UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

FREDERICK J. SHAPLEY
                                         : Bankruptcy No. 17-12328JKF
     Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: June 6, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID J AVERETT, ESQ
7719 CASTOR AVENUE
PHILADELPHIA PA 19152

FREDERICK J. SHAPLEY
2204 HOFFNAGLE STREET
PHILADELPHIA,PA.19152