UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Fredrick Shapley**

Case No. 17-12328

**Debtor**

Chapter 13

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Fredrick Shapley have filed a Motion to Reconsider Dismissal of Bankruptcy Petition on June 6, 2018, in the above captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 5, 2018, you or your attorney must do all of the following:

　(a) file an answer explaining your position at

　　Clerk's Office, U.S. Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　(b) mail a copy to the movant's attorney:

　　David J. Averett, Esquire
　　7719 Castor Avenue, 2nd Floor
　　Philadelphia, PA 19152
　　Tel: (215) 342-5024
　　Fax: (215) 742-2464

2.　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, on July 18, 2018, at 9:30 a.m., in Courtroom # 3, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: June 15, 2018