UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Fredrick Shapley

**Debtor**

Case No. 17-12328

Chapter 13

ORDER

And Now, this _____ day of _____, 2018, upon consideration of the Motion for Reconsider Order Dismissing Bankruptcy dated June 6, 2018, the Order is Hereby vacated and the bankruptcy petition is reinstated.

BY THE COURT:

_____ J.

**Date: July 18, 2018**