UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

FREDERICK J. SHAPLEY

                                                  : Bankruptcy No. 17-12328JKF
Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 17, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID J AVERETT, ESQ
7719 CASTOR AVENUE
PHILADELPHIA PA 19152

FREDERICK J. SHAPLEY
2204 HOFFNAGLE STREET
PHILADELPHIA,PA.19152