United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12328-jkf
Frederick J. Shapley                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2              Date Rcvd: Oct 17, 2018
                              Form ID: pdf900        Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Frederick J. Shapley,    2204 Hoffnagle Street,    Philadelphia, PA 19152-2512
13896048        City of Philadelphia,    Dept. of Finance,    P.O. Box 56318,    Philadelphia, PA  19130-6318
13896049       +City of Philadelphia,    Water Revenue Bureau,    Municipal Services Bldg.,
                 1404 JFK Blvd, 5th Floor,    Philadelphia, PA 19107-3212
13896046       +Clarks Landing,    63 St. Mihiel Drive,    Delran, NJ 08075-1096
14046183       +David J. Averett, Esquire,    7719 Castor Ave, 2nd FL,    Philadelphia, PA 19152-3615
13896043       +Ditech Financial LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
13896044       +KML Law Group,    Rebecca Solarz, Esquire,    701 Market Street,    Philadelphia, PA 19106-1538
13896045        Office of UC Benefits,    Claimant Services,    P.O. Box 67503,    Harrisburg, PA  17106-7503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:57     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13989678        E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:05     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13975148       +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 02:46:47     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13918373        E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2018 02:46:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13947503        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2018 02:54:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13899499       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13973481       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2018 02:46:44     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13951528       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2018 02:54:05     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13896047       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2018 02:45:57
                 Verizon,    P.O Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13932840        David J. Averett Esquire
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
         DAVID J. AVERETT    on behalf of Debtor Frederick J. Shapley averettlaw@comcast.net
         MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Oct 17, 2018
                              Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

FREDERICK J. SHAPLEY

                                         : Bankruptcy No. 17-12328JKF
    Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon_ (signature)

_____
Jean K. FitzSimon, B. J.

**Date: October 17, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID J AVERETT, ESQ
7719 CASTOR AVENUE
PHILADELPHIA PA 19152

FREDERICK J. SHAPLEY
2204 HOFFNAGLE STREET
PHILADELPHIA,PA.19152